UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SOUTHWEST REGIONAL COUNCIL OF CARPENTERS, an unincorporated association; CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>DRYWALL DYNAMICS, INC., a Utah Corporation; and DOES 1 through 10,<br><br>Defendants. | CASE NO. 2:17-cv-01203-JAK-SP<br><br>(Related Case: 2:13-cv-01193-JAK-SP)<br><br>**JUDGMENT**<br><br>JS-6 |

This case came on for hearing on March 26, 2018 before the Honorable John A. Kronstadt, United States District Court Judge.

Having considered the papers and arguments submitted, and good cause appearing;

IT IS HEREBY ORDERED that Plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES, shall have judgment as follows:

AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES' SECOND CLAIM FOR RELIEF AGAINST DRYWALL DYNAMICS, INC., a Utah Corporation:

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $6,550,670.62 |
| 2. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to audit billing dates | 1,476,276.72 |
| 3. | Audit Fees | 463,240.44 |
| 4. | Interest from due dates to March 26, 2018 (accruing at $1,256.29 per day) | 305,278.47 |
| 5. | Interest pursuant to 29 U.S.C.A. 1132(g)(2)(C) (double interest on contributions) | 1,781,555.19 |
| 6. | Attorneys' fees | 9,693.00 |
| | GRAND TOTAL | $10,586,714.44 |

7. Plus costs to be determined after entry of Judgment.

8. Pursuant to 28 U.S.C. §1961(a), this Judgment shall bear interest at the legal rate as provided by law.

IT IS SO ORDERED.

Dated: November 15, 2018

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE